Michael S. Agruss (SBN: 259567)
Agruss Law Firm, LLC
4611 N. Ravenswood Avenue, Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ANTHONY MELTON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ANTHONY MELTON, | ) |
| Plaintiff, | ) Case No.: |
| v. | ) **PLAINTIFF'S COMPLAINT** |
| ALPHA RECOVERY CORP., | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

Plaintiff, ANTHONY MELTON (Plaintiff), through his attorneys, AGRUSS LAW FIRM, LLC, alleges the following against Defendant, ALPHA RECOVERY CORP. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 et seq. ("RFDCPA").

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k.

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

5. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

6. Plaintiff is a natural person residing in Bakersfield, Kern County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

8. Plaintiff is, and at all times mentioned herein, a "person" as defined by 47 U.S.C. § 153 (10).

9. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

10. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c).

11. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

12. Defendant is a collection agency located in Greenwood Village, Arapahoe County, Colorado.

13. Defendant is a business entity engaged in the collection of debt within the State of California.

14. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding

account balances.

15. When an unpaid, outstanding account is placed with Defendant it is assigned a file number.

16. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

17. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

18. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

19. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

20. Defendant is attempting to collect an alleged consumer debt from Plaintiff.

21. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

22. Within the past year, Defendant began placing collection calls to Plaintiff on Plaintiff's cellular telephone at 661-380-25xx, in an attempt to collect the alleged debt.

23. Defendant was calling Plaintiff from 661-375-3919 and 661-375-3905 which are two of Defendant's numbers.

24. Plaintiff has answered at least two of the calls that Defendant placed to his cellular telephone.

25. When Plaintiff answered Defendant's calls, Plaintiff spoke with Defendant's collectors

and told Defendant's collectors that he was not interested in paying the alleged debt, to stop calling him, and to take him off Defendant's call list.

26. Despite Plaintiff's repeated requests for Defendant to stop calling, Defendant continued to place collection calls to Plaintiff in an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

27. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt when Defendant continued to place collection calls to Plaintiff after Plaintiff had repeatedly requested Defendant to stop calling; and

   b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff when Defendant continued to place collection calls to Plaintiff after Plaintiff had repeatedly requested Defendant to stop calling.

WHEREFORE, Plaintiff, ANTHONY MELTON, respectfully requests judgment be entered against Defendant, ALPHA RECOVERY CORP., for the following:

28. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

29. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

30. Any other relief that this Honorable Court deems appropriate.

# COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

31. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

32. Defendant violated the RFDCPA based on the following:

   a. Defendant violated §1788.11(d) of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff when Defendant continued to place collection calls to Plaintiff after Plaintiff had repeatedly requested Defendant to stop calling; and

   b. Defendant violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 et seq.

WHEREFORE, Plaintiff, ANTHONY MELTON, respectfully requests judgment be entered against Defendant, ALPHA RECOVERY CORP., for the following:

33. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

34. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

35. Any other relief that this Honorable Court deems appropriate.

DATED: September 24, 2015            RESPECTFULLY SUBMITTED,

                                     By: /s/ Michael S. Agruss_____
                                           Michael S. Agruss
                                           Attorney for Plaintiff
                                           ANTHONY MELTON