Michael S. Agruss (SBN: 259567)
Agruss Law Firm, LLC
4611 N. Ravenswood Avenue, Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ANTHONY MELTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ANTHONY MELTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHA RECOVERY CORP., )<br>)<br>Defendant. )<br>)<br>) | **Case No.:** 1:15-cv-01449 |

**NOTICE OF SETTLEMENT**

Plaintiff, ANTHONY MELTON, ("Plaintiff"), through his attorney, Michael S. Agruss, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: October 21, 2015        RESPECTFULLY SUBMITTED,


                                By: /s/ Michael S. Agruss_____
                                     Michael S. Agruss

**CERTIFICATE OF SERVICE**

On October 21, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Kevin Farrell, at farrell.lawoffice@gmail.com.

                                By: /s/ Michael S. Agruss_____
                                     Michael S. Agruss

1